**Order entered October 12, 2018**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-18-00177-CR
No. 05-18-00178-CR
No. 05-18-00179-CR
No. 05-18-00180-CR

**DARVIN DONTERRIUS STAPLES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-80229-2016**

## ORDER

The State's motion to extend the time for filing a brief is **GRANTED**. The State's brief,

received on October 10, 2018, is **ORDERED** filed as of the date of this order.


/s/     DAVID L. BRIDGES
         PRESIDING JUSTICE